AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
**District of Columbia**

**Khiry Malik**
*Plaintiff*
v.
**Government of the District of Columbia, et al.**
*Defendant*

Case No. **19-cv-03454-CRC**

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Khiry Malik, Plaintiff**.

Date: **02/19/2020**

**/s/Sean R. Day/s/**
*Attorney's signature*

**Sean R. Day (Bar No. 452420)**
*Printed name and bar number*

**7474 Greenway Center Dr Ste 150**
**Greenbelt MD 20770-3524**
*Address*

**Sean@DayInCourt.Net**
*E-mail address*

**301.220.2270**
*Telephone number*

**301.220.2441**
*FAX number*